No. 1147. POLUR *v.* BOTEIN ET AL. Ct. App. N. Y. Motion to dispense with printing petition denied. Certiorari denied. *Sam Polur,* petitioner, *pro se. Whitney North Seymour* for respondents.

No. 1149. MOONEYHAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Lowe Watkins* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Louis M. Kauder,* and *John S. Stephan* for respondent.

No. 7, Misc. GARDNER *v.* CALIFORNIA. Super. Ct. Cal., County of San Luis Obispo. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 10, Misc. GARDNER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 724, Misc. CLARK *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. *Robert Gordon King* and *Louis Peregoff* for petitioner. *Francis B. Burch,* Attorney General of Maryland, and *William E. Brannan,* Assistant Attorney General, for respondent.

No. 1250, Misc. FOGGY *v.* EYMAN, WARDEN, ET AL. Sup. Ct. Ariz. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, and *Thomas M. Tuggle,* Assistant Attorney General, for respondents.